UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 89CR0855-B |
| v. | ) ORDER TO DISMISS INDICTMENT |
| JUAN MACKLIS, et al. | ) AND RECALL ARREST WARRANT |
| Defendants. | ) |

Upon application of the United States Attorney, and good cause appearing therefrom, IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant JUAN MACKLIS and RODOLFO ALVAREZ-CARRANZA, is dismissed without prejudice; and, IT IS FURTHER ORDERED that the arrest warrants JUAN MACKLIS and RODOLFO ALVAREZ-CARRANZA, be recalled.

DATED: November 5, 2013

HONORABLE GONZALO P. CURIEL
United States District Court Judge

1